JS - 6

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5851 GAF (RCx) | Date | January 8, 2010 |
|---|---|---|---|
| Title | Lionel Cole v. Option One Mortgage Corporation et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:** **(In Chambers)**

## ORDER RE: DISMISSAL

Defendants Sand Canyon Corporation, formerly known as Option One Mortgage Corporation, and American Home Mortgage Servicing, Inc. filed a motion to dismiss Plaintiff's complaint on November 10, 2009. (Docket No. 9.) On December 10, 2009, the Court granted Defendants' motion to dismiss Plaintiff's first cause of action with leave to amend. (Docket No. 14.) Because Plaintiff failed to adequately plead a federal claim, the Court did not address the remaining state law causes of action in the complaint. Plaintiff was given leave to amend his complaint by **January 4, 2010**. However, the Court indicated that if Plaintiff failed to timely amend to state a federal cause of action, then the Court would exercise its discretion to decline supplemental jurisdiction over the remaining state law claims.

Plaintiff has failed to timely amend his complaint. Thus, because Plaintiff has failed to allege a federal cause of action over which the Court has original jurisdiction, the Court **DISMISSES** the pendant state law claims *without prejudice*. 28 U.S.C. § 1367(c); Brown v. Lucky Stores, Inc., 246 F.3d 1182, 1189 (9th Cir. 2001).

**IT IS SO ORDERED.**